# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NAKIA PETTUS,** | : | CIVIL ACTION NO. 1:10-CV-0562 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **UNITED STATES, et al.,** | : | |
| Defendants | : | |

## **ORDER**

AND NOW, this 8th day of September, 2011, upon consideration of plaintiff's motions (Docs. 19, 21) for leave to file an amended or supplemental complaint, and his motion for reconsideration of this Court's order denying his motion to reinstate his action, and it appearing that plaintiff's complaint was dismissed pursuant to the "three strikes" provision of the Prison Litigation Reform Act of 1996 ("PLRA"), codified at 28 U.S.C. § 1915, which prohibits him from proceeding in forma pauperis as he has had three prior actions or appeals dismissed as frivolous, malicious, or for failing to state a viable claim (Doc. 8), and it further appearing that he has failed to pay the full filing fee, it is hereby ORDERED that:

1. Plaintiff's motion for leave to file an amended or supplemental complaint (Doc. 19) is DENIED.

2. Plaintiff's motion for reconsideration (Doc. 21) is DENIED.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge